Louis Katz, Respondent, v. Martha Bernstein and The National Surety Company, Appellants.— Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance the motion is denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Edmund A. Kavanagh and Grandin Norcross, Appellants, v. George Sergeant, Jr., Respondent.— Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance the motion is denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Christian F. Koch and Others, Respondents, v. Sali Rubin and Another, Defendants, and Carl Weinberg, Appellant.— Motion denied, without costs. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Kraeuter & Company, Incorporated, Respondent, v. Iron Clad Manufacturing Company, Appellant. (Action No. 1.)— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Kraeuter & Company, Incorporated, Respondent, v. Iron Clad Manufacturing Company, Appellant. (Action No. 2.)— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Mary Lahey, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Motion granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

George J. Linnert, Respondent, v. Fred Lear and Others, Appellants.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

John M. Moe, Respondent, v. Thomas McNally Company, Appellant.— Motion for resettlement of order granted, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ. Settle order before Thomas, J.

Walter E. Morson, Doing Business, etc., Respondent, v. Martha Hoch, Appellant.— Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance, the motion is denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Bridget Prendergast, Appellant, v. Supreme Council, Royal Arcanum, Respondent.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Moses Schwartz and Others, Appellants, v. Sarah Cohen, Respondent.— Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance, the motion is denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Louis Seidenstein, Respondent, v. Samuel Kelsen and Another, Appellants.— No merit is claimed on the appeal herein. The motion to dismiss is granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Ida Siet, Respondent, v. Columbia Outfitting Company, Appellant.— Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case

placed on the next calendar of this court for argument. On compliance, the motion is denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Rosa Sistito, Appellant, v. Pasquale Trotta, Respondent.— Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance, the motion is denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Luther W. Smith, Respondent, v. Thomas E. Fielding, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

State Board of Pharmacy, Respondent, v. Melvin E. Bellinger, Appellant. — Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Olof Thomson, Appellant, v. The Board of Education of The City of New York, Respondent.— Motion granted and order resettled in the form proposed. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Philippo Todaro, Appellant, v. Somerville Realty Company and Others, The City of New York, Impleaded, Respondents.— Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Byron Traver, Respondent, v. Robert P. Murphy, Appellant, and Samuel W. Glover, Respondent.— Motion denied, without costs. Present — Jenks, Burr, Thomas and Carr, JJ.; Rich, J., taking no part.

Henry Weyand and Daniel E. Cronin, Appellants, v. The Park Terrace Company, Respondent, Impleaded with Others.— Motion denied, without costs. Present — Woodward, Jenks, Burr, Rich and Carr, JJ.

Henry J. Wirth, Respondent, v. Moses Cohen, Appellant.— Motions denied, with costs, and stay vacated. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

John Burk and William Burk, etc., Respondents, v. Thomas Bingham, Appellant.— Order of the Municipal Court affirmed, with costs and disbursements. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

John F. Camman, Respondent, v. William J. Braffett, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Max Epstein, Appellant, v. James W. Murphy, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

David Goldstein, Appellant, v. Brooklyn Heights Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Claude R. Hammond, Appellant, v. Minnie H. Van Riper and Others, Respondents, Impleaded with John L. McCloskey, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Joseph T. Quinn, Respondent, v. Rose Bracken, Appellant.— Judgment